**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00128-RM-MEH

UNITED STATES OF AMERICA, ex rel.,
STATE OF COLORADO, ex rel.,
STEVEN L. PATTERSON, Relator,

**RESTRICTED LEVEL 2**

    Plaintiffs,

v.

ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES, PLLC,
ANESTHESIA ASSOCIATES OF THE FRONT RANGE, LLC, and
ANESTHESIA ASSOCIATES OF THE ROCKIES, LLC;

    Defendants.

___

**ORDER GRANTING THE UNITED STATES' LEVEL 2 RESTRICTED
APPLICATION FOR A PARTIAL LIFTING OF THE SEAL**
___

This matter comes before the Court on the Government's Unopposed Level 2 Restricted Application For a Partial Lifting of the Seal. The Court having reviewed the Application and being fully advised hereby ORDERS as follows:

The United States may disclose, at its discretion, the existence of this action, the allegations raised by relator Steven L. Patterson, and a copy, in whole or in part, of the complaint, disclosure statement, and all other court filings in this qui tam action to: (1) any other relator, including his or her counsel, in separate qui tam actions filed against any of the defendants named here; (2) any court where other pending qui tam actions have been filed against the defendants named here; and (3) any of the defendants themselves named here. For all other purposes, the qui tam complaint and all other documents filed in this case shall remain

RESTRICTED up to and including September 22, 2014, upon order of this Court, unless the United States requests that the seal be lifted prior to that date or that date is further extended by Order of this Court.

Dated this 25th day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge